1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINA MENDEZ,                                    No. C 17-01449 JSW

        Plaintiff,

  v.
                                                  **ORDER TO SHOW CAUSE**
J.C. PENNEY INC.,

        Defendant.

_____/

     By order dated March 29, 2017, this Court set the case management conference for June 23, 2017, and required personal appearances by lead counsel for all parties. By clerks notice dated May 8, 2017, the case management conference was advanced to June 22, 2017. On Thursday, June 22, 2017, this Court held the initial case management conference in this matter. Lead counsel Matthew Patrick Noel for J.C. Penney, Inc. ("J.C. Penny") did not appear.

     Accordingly, J.C. Penney's counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $500.00 failure to appear at the case management conference. Counsel's response to this Order to Show Cause shall be due by June 30, 2017. J.C. Penney is also HEREBY ORDERED TO SHOW CAUSE in writing no later than June 30, 2017, as to why default judgment should not be entered. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

     **IT IS SO ORDERED.**

Dated:  June 22, 2017

                               _____
                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE